No. 1722, Misc.   ADAIR v. WARDEN, MARYLAND PENI-
TENTIARY.   Crim. Ct., Baltimore City.   Certiorari denied.

No. 1735, Misc.   WINTERS v. TURNER, WARDEN.   Sup.
Ct. Utah.   Certiorari denied.

No. 1736, Misc.   KIDWELL v. INDIANA.   Sup. Ct. Ind.
Certiorari denied.   *Ferdinand Samper* for petitioner.
*John J. Dillon,* Attorney General of Indiana, and *Rex P.
Killian,* Deputy Attorney General, for respondent.

No. 1738, Misc.   HARRISON v. UNITED STATES.   C. A.
D. C. Cir.   Certiorari denied.   *Solicitor General Gris-
wold, Assistant Attorney General Vinson, Beatrice
Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1745, Misc.   PINEDA v. UNITED STATES.   C. A.
5th Cir.   Certiorari denied.   *Donald F. Frost* for peti-
tioner.   *Solicitor General Griswold, Assistant Attorney
General Vinson,* and *Beatrice Rosenberg* for the United
States.

No. 1771, Misc.   JACKSON v. UNITED STATES.   C. A.
8th Cir.   Certiorari denied.   *Solicitor General Griswold,
Assistant Attorney General Vinson, Jerome M. Feit,* and
*Edward Fenig* for the United States.

No. 1821, Misc.   SANDS v. WAINWRIGHT, CORRECTIONS
DIRECTOR.   C. A. 5th Cir.   Certiorari denied.   *Earl Fair-
cloth,* Attorney General of Florida, and *Arden M.
Siegendorf,* Assistant Attorney General, for respondent.

No. 1868, Misc.   LYONS v. FULTZ.   C. A. 5th Cir.
Certiorari denied.   *Orville A. Harlan* and *Clarke Gable
Ward* for petitioner.   *Joe S. Moss* for respondent.